IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC B. BATES,

        Plaintiff,                      No. 2:09-cv-3049 FCD

       vs.

MORGAN STANLEY SMITH
BARNEY, LLC., et al.,

        Defendants.               <u>ORDER</u>

      /

      The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: November 12, 2009.

                                  UNITED STATES MAGISTRATE JUDGE

/001; bates.rec

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26