UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. BATES, | |
| Plaintiff, | No. CIV S-09-3049 FCD GGH |
| v. | |
| MORGAN STANLEY SMITH BARNEY, LLC., et. al., | **RELATED CASE ORDER** |
| Defendants. | |
| CARL R. WRIGHT, | |
| Plaintiff, | No. CIV S-09-3601 LKK JFM |
| v. | |
| RBC CAPITAL MARKETS CORPORATION, et. al., | |
| Defendants. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1 The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected. Under the regular practice of this court, related cases are generally assigned to the
4 judge and magistrate judge to whom the first filed action was assigned.

5 IT IS THEREFORE ORDERED that the actions denominated, CIV S-09-3601 LKK JFM
6 is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Gregory G. Hollows
7 for all further proceedings, and any dates currently set in this reassigned case only are hereby
8 VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown
9 as: **CIV S-09-3601 FCD GGH**.

10 IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
11 assignment of civil cases to compensate for this reassignment.

12 IT IS SO ORDERED.
13 DATED: January 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2