LISA M. BERTAIN, CASB No. 124646
lisa.bertain@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone: (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC,
CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY
CITIGROUP GLOBAL MARKETS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. BATES, on behalf of himself, all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC, a limited liability company, CITIGROUP GLOBAL MARKETS INC. a corporation formerly doing business as SMITH BARNEY, CITIGROUP GLOBAL MARKETS HOLDINGS, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CIV. S-09-03049 FCD-GGH<br><br>STIPULATION AND ORDER RE RULE 26 DISCLOSURES, DISCOVERY AND MOTION TO AMEND COMPLAINT<br><br>*Action Filed:  August 21, 2009* |

Plaintiff ERIC B. BATES and Defendants MORGAN STANLEY SMITH BARNEY LLC, CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY, and CITIGROUP GLOBAL MARKETS HOLDINGS, INC. (collectively referred to herein as "CGMI"), through their respective counsel of record, enter into the following Stipulation with reference to the following facts:

- 1 -

A. This case has been related to *Carl R. Wright v. RBC Capital Markets Corporation,* No. CIV S-09-3601 FCD GGH.  The Plaintiff in the *Wright* case is represented by the same counsel as the Plaintiff herein.

B. The Defendant in the *Wright* case has filed a Motion to Dismiss or Stay Plaintiff's First Amended Complaint which is scheduled to be heard by this Court on April 9, 2010.

C. The disposition of certain legal issues raised in the *Wright* Defendant's Motion to Dismiss or Stay Plaintiff's First Amended Complaint may have significance with respect to the certain of the legal issues raised in the *Bates* complaint.

D. Because of the overlaps of certain legal issues, the Parties in the present case have agreed to request that the Court enter the following Stipulation in the interests of judicial economy and efficiency.

## STIPULATION

1. The parties agree and stipulate that their Rule 26 Initial Disclosure shall not be due until two weeks following the Court's issuance of a written order on the pending Motion to Dismiss or Stay Plaintiff's First Amended Complaint in the *Wright* matter.

2. Neither party shall initiate any discovery in this matter until at least two weeks following the Court's issuance of a written order on the pending Motion to Dismiss or Stay Plaintiff's First Amended Complaint in the *Wright* matter.

3. Plaintiff shall not be required to file his Motion to Amend his First Amended Complaint until two weeks following the Court's issuance of a written order on the pending Motion to Dismiss or Stay Plaintiff's First Amended Complaint in the

STIPULATION AND ORDER RE RULE 26 DISCLOSURES, DISCOVERY AND MOTION TO AMEND COMPLAINT - CASE NO. CIV S-09-03049 FCD-GGH

*Wright* matter. By entering into this Stipulation, CGMI does not consent to the filing of a Second Amended Complaint or waive any rights it has to oppose such Motion to Amend.

    4.    If the pending Motion to Dismiss or Stay Plaintiff's First Amended Complaint in the *Wright* matter is granted, the parties agree that they shall promptly meet and confer to determine whether further modifications of this schedule are necessary in order to promote judicial economy.

DATED: March 19, 2010

LAW OFFICES OF SCOT D. BERNSTEIN
LAW OFFICES OF WILLIAM P. TORNGREN

/s/ William P. Torngren
WILLIAM P. TORNGREN
Attorneys for Plaintiff ERIC B. BATES

DATED: March 19, 2010

/s/ Julie L. Taylor
LISA M. BERTAIN
JULIE L. TAYLOR
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC,
CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY. CITIGROUP GLOBAL MARKETS HOLDINGS, INC.

/ / /

/ / /

/ / /

STIPULATION AND ORDER RE RULE 26 DISCLOSURES, DISCOVERY AND MOTION TO AMEND COMPLAINT - CASE NO. CIV S-09-03049 FCD-GGH

## ORDER

Good cause appearing, the Court enters the above Stipulation as its Order.

DATED: March 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE