LISA M. BERTAIN, CASB No. 124646
lisa.bertain@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC,
CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY
CITIGROUP GLOBAL MARKETS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. BATES, on behalf of himself, all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC, a limited liability company, CITIGROUP GLOBAL MARKETS INC. a corporation formerly doing business as SMITH BARNEY, CITIGROUP GLOBAL MARKETS HOLDINGS, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CIV S-09-03049 FCD-GGH<br><br>STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR DETERMINATION THAT ARBITRATION CLAIM IS PART OF CLASS ACTION; **ORDER**<br><br>*Action Filed: August 21, 2009*<br><br>New Date:   August 20, 2010<br>Time:        10:00 a.m.<br>Place:       Courtroom 2<br><br>Old Date:   August 6, 2010<br>Time:        10:00 a.m.<br>Place:       Courtroom 2 |

Plaintiff ERIC B. BATES and Defendants MORGAN STANLEY SMITH BARNEY LLC, CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY, and CITIGROUP GLOBAL MARKETS HOLDINGS, INC. (collectively referred to herein as "CGMI"), stipulate and agree, and jointly apply to this Court for an order continuing the hearing date for Plaintiff's Motion for Determination that Arbitration Claim is Part of

Class Action, which is currently scheduled for August 6, 2010 at 10:00 a.m. in Courtroom 2. The parties wish to continue the hearing date **to August 20, 2010 at 10:00 a.m. in Courtroom 2** as a result of Defendants' counsel's unavailability for the August 6, 2010 hearing date.

DATED: June 17, 2010

LAW OFFICES OF SCOT D. BERNSTEIN
LAW OFFICES OF WILLIAM P. TORNGREN

/s/  William P. Torngren
WILLIAM P. TORNGREN
Attorneys for Plaintiff ERIC B. BATES

DATED: June 17, 2010

/s/  Nathan R. Jaskowiak
LISA M. BERTAIN
JULIE L. TAYLOR
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC, CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY. CITIGROUP GLOBAL MARKETS HOLDINGS, INC.

## ORDER

Good cause appearing, the Court enters the above Stipulation as its Order.

DATED: June 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE