William P. Torngren (Cal. Bar No. 58493)
**LAW OFFICES OF WILLIAM P. TORNGREN**
117 J Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 554-6447
Facsimile:    (916) 554-6445
E-mail: Torngren@TorngrenLaw.com

Scot D. Bernstein (Cal. Bar No. 94915)
**LAW OFFICES OF SCOT D. BERNSTEIN**
**A Professional Corporation**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:   (916) 447-0100
Facsimile:    (916) 933-5533
E-mail: swampadero@sbernsteinlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. BATES, on behalf of himself, all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC, a limited liability company, CITIGROUP GLOBAL MARKETS INC. a corporation formerly doing business as SMITH BARNEY, CITIGROUP GLOBAL MARKETS HOLDINGS, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No. CIV S-09-03049 FCD-GGH<br><br>STIPULATION RE JOINT STATUS STATEMENT; **ORDER**<br><br>*Action Filed: August 21, 2009* |

Plaintiff ERIC B. BATES and Defendants MORGAN STANLEY SMITH BARNEY LLC, CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY, and CITIGROUP GLOBAL MARKETS HOLDINGS, INC. (collectively referred to herein as "CGMI"), through their respective counsel of record, enter into the following Stipulation with reference to the following facts:

A.  This case previously was related to *Carl R. Wright v. RBC Capital Markets Corporation,* No. CIV S-09-3601 FCD GGH ("the *Wright* case").

B.  On June 24, 2010, the Court entered its Memorandum and Order in the *Wright* case whereby certain claims were dismissed, certain claims were stayed pending resolution of arbitration claims, and defendant was to answer the remaining claims.

C.  Earlier, the parties in the *Bates* case stipulated and the Court entered an order of that stipulation as to discovery, initial disclosures, and potential amendment of the complaint.  On May 19, 2010 (Document No. 16), the Court extended the time for the parties in the *Bates* case to file their Joint Status Report to six weeks after the Court issued its ruling on the motions in the *Wright* case.

D.  On June 24, 2010, defendant Morgan Stanley Smith Barney LLC initiated arbitration with the Financial Industry Regulatory Authority ("FINRA") against plaintiff Eric B. Bates.  Earlier, defendant Morgan Stanley Smith Barney LLC initiated arbitration with FINRA against James Sevilla, a putative class member.

E.  Plaintiff has filed motions for the Court to determine that the claims made in the arbitrations against Messrs. Bates and Sevilla are part of the class action and stay the arbitration proceedings.  Defendants have filed a motion to stay the proceedings in this class action pending resolution of the arbitration against Mr. Bates.  The motions are scheduled for hearing on August 20, 2010.

**STIPULATION**

1.  The parties agree and stipulate that the Joint Status Report due under the Court's order of May 19, 2010 (Document No. 16) shall be postponed until

1  three weeks following the Court's issuance of a written order on the pending motions or
2  such other date as the Court may set.
3              2.      Neither party shall initiate any discovery in this matter until at least
4  three weeks following the Court's issuance of a written order on the pending motions.

6  DATED: August ___, 2010          LAW OFFICES OF SCOT D. BERNSTEIN
                                    LAW OFFICES OF WILLIAM P.
7                                   TORNGREN

9                                   /s/ William P. Torngren
                                    WILLIAM P. TORNGREN
                                    Attorneys for Plaintiff ERIC B. BATES

12 DATED: August ___, 2010          /s/ Nathan R. Jaskowiak
                                    LISA M. BERTAIN
13                                  JULIE L. TAYLOR
                                    NATHAN R. JASKOWIAK
14                                  KEESAL, YOUNG & LOGAN
                                    Attorneys for Defendants
15                                  MORGAN STANLEY SMITH BARNEY LLC,
                                    CITIGROUP GLOBAL MARKETS INC. f/k/a
16                                  SMITH BARNEY. CITIGROUP GLOBAL
                                    MARKETS HOLDINGS, INC.

18                                  **ORDER**
19         Good cause appearing, the Court enters the above Stipulation as its Order.

23 DATED: August 3, 2010            _____
                                    FRANK C. DAMRELL, JR.
24                                  UNITED STATES DISTRICT JUDGE

STIPULATION RE JOINT STATUS STATEMENT; ORDER
CASE NO. CIV S-09-03049 FCD-GGH