LISA M. BERTAIN, CASB No. 124646
lisa.bertain@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC,
CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY
CITIGROUP GLOBAL MARKETS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. BATES, on behalf of himself, all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC, a limited liability company, CITIGROUP GLOBAL MARKETS INC. a corporation formerly doing business as SMITH BARNEY, CITIGROUP GLOBAL MARKETS HOLDINGS, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CIV S-09-03049 FCD-GGH<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF CASE**<br><br>*Action Filed: August 21, 2009* |

Plaintiff ERIC B. BATES and Defendants MORGAN STANLEY SMITH BARNEY LLC, CITIGROUP GLOBAL MARKETS INC. f/k/a SMITH BARNEY, and CITIGROUP GLOBAL MARKETS HOLDINGS, INC. (collectively referred to herein as "CGMI"), through their respective counsel of record, enter into the following Stipulation regarding dismissal of the case:

## STIPULATION

1. Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to the dismissal of all causes of action set forth in the First Amended Complaint.

2. The dismissal referenced herein shall be with prejudice as to Plaintiff Eric Bates and shall be without prejudice as to the putative class members.

DATED: February 22, 2011

LAW OFFICES OF SCOT D. BERNSTEIN
LAW OFFICES OF WILLIAM P. TORNGREN

/s/ William P. Torngren
WILLIAM P. TORNGREN
Attorneys for Plaintiff ERIC B. BATES

DATED: February 22, 2011

/s/ Nathan R. Jaskowiak
LISA M. BERTAIN
JULIE L. TAYLOR
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC,
CITIGROUP GLOBAL MARKETS INC. f/k/a
SMITH BARNEY. CITIGROUP GLOBAL
MARKETS HOLDINGS, INC.

## ORDER

Pursuant to the stipulation of the parties, Plaintiff Eric Bates' claims for relief are dismissed with prejudice and the putative class members' claims are dismissed without prejudice.

DATED: February 23, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE